IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE AEP STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to All Actions | Master File No. 2:21-cv-00163<br><br>Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth P. Deavers |

**ORDER**

Before the Court is the Motion for Leave to File Unredacted Memorandum in Opposition to Motion to Dismiss Under Seal. (ECF No. 27.) In the Motion, Plaintiffs Esther Kogus and Robert L. Reese assert that their Opposition to Defendants' Motion to Dismiss Amended Verified Shareholder Derivative Complaint, ECF No. 26, "contains and refers to confidential American Electric Power Company, Inc. ["AEP"] board materials that were produced to Plaintiffs by AEP subject to a confidentiality agreement requiring that any court filings referencing the confidential material be filed under seal." (*Id.*) Plaintiffs submit that this material "is substantially the same as that contained in Plaintiffs' Amended Verified Shareholder Derivative Complaint, which the Court previously allowed to be filed under seal." (*Id.*)

Based on Plaintiffs' representations, the Court concludes that Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Verified Shareholder Derivative Complaint, ECF No. 26, contains confidential information that should be shielded from public access. Accordingly, the Motion (ECF No. 27) is **GRANTED**. Plaintiffs shall file an unredacted version of their Opposition to Defendants' Motion to Dismiss Amended Verified Shareholder Derivative Complaint (ECF No. 26) **UNDER SEAL** within **SEVEN (7) DAYS** of the date of this Order.

**IT IS SO ORDERED.**

**Date: May 25, 2022**                          /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**