UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE AEP STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:21-cv-00163<br><br>Judge Sarah D. Morrison |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT**

Plaintiffs Robert Reese and Esther Kogus in the above-captioned derivative action (the "Action") hereby respectfully move this Court, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, for entry of an order: (i) granting preliminary approval of the proposed Settlement as set forth in the Stipulation of Settlement[1] dated April 30, 2024; (ii) approving the form and manner of notice of the proposed Settlement to the AEP Stockholders; (iii) setting a date for hearing at which such time the Court will consider whether the proposed Settlement should be finally approved; and (iv) granting such other relief as the Court deems just and proper.

In connection with preliminary approval of the Settlement, Plaintiffs request that the Court establish dates by which, among other things, Notice of the Settlement will be disseminated to Stockholders, any objection to the Settlement by a Stockholder may be lodged, and the final Settlement Hearing will occur. The proposed dates are as follows:

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation of Settlement, which is attached as Exhibit 1 to the Declaration of Matthew M. Houston in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement ("Houston Declaration").

| Event | Time |
|---|---|
| Summary Notice published via *Investor's Business Daily* | Within 10 business days of Preliminary Approval Order |
| Notice and the Settlement published on Company website | Within 10 business days of Preliminary Approval Order |
| Filing of an 8-K with the SEC containing the Notice and the Settlement | Within 10 business days of Preliminary Approval Order |
| Filing of Proof of Notice distribution | At least 10 calendar days before the Settlement Hearing |
| Deadline for objections to the Settlement | At least 14 calendar days before the Settlement Hearing |
| Filing of papers in support of the Settlement, including the Fee and Expense Amount | At least 21 calendar days before the Settlement Hearing |
| Any papers in response to objections, if any | At least 7 calendar days before the Settlement Hearing |

In support of this motion, Plaintiffs rely upon the accompanying Memorandum in Support of Preliminary Approval, the Houston Declaration, the Stipulation of Settlement dated April 30, 2024 and exhibits annexed thereto, and all prior pleadings and proceedings.

Defendants do not oppose the relief sought in this motion.

Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and insert a date for the final settlement hearing in Paragraph 2.[2]

Dated: May 1, 2024                                    Respectfully submitted,

                                                       /s/ John C. Camillus
                                                       John C. Camillus (0077435)
                                                       LAW OFFICES OF JOHN C. CAMILLUS LLC
                                                       P.O. Box 141410
                                                       Columbus, OH 43214
                                                       Telephone: (614) 992-1000
                                                       Email: jcamillus@camilluslaw.com

---

[2]  The agreed-upon form of the proposed Preliminary Approval Order is attached as Exhibit A to the Stipulation.

Matthew M. Houston
Benjamin I. Sachs-Michaels
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Email: bsachsmichaels@glancylaw.com
     mhouston@glancylaw.com

Alfred G. Yates
LAW OFFICE OF ALFRED G. YATES, PC
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: (412) 391-5164
Email: yateslaw@aol.com

Shane Sanders
ROBBINS LLP
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Email: ssanders@robbinsllp.com

*Co-Lead Counsel in the Ohio Federal Action*

Gustavo F. Bruckner
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Email: gfbruckner@pomlaw.com
     dbehbood@pomlaw.com

*Counsel for Plaintiff in the New York State Action*

Thomas J. McKenna
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
260 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
     gegleston@gme-law.com

3

Ronald R. Parry
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street, 4th Fl.
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
Email: rrparry@strausstroy.com

*Counsel for Plaintiff in the Ohio State Action*

5

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

                                          */s/ John C. Camillus*
                                           John C. Camillus